*James H. Shortz*
*Post Office Box 3874*
*Montgomery, Alabama 36109*
*May 12, 2005*
*(334) 467-7880*

UPS
Corporation Company
Suite 204
2000 Interstate Park Drive
Montgomery, Alabama 36104

Dear Sir/Madam:

This is to inform you that, unless UPS honors its responsibility to seek a reasonable settlement of this complaint within a reasonable amount of time, I, James H. Shortz intend to bring the damage I have suffered to the attention of the courts in order to seek a redress of my grievance.

On October 7, 2004, I arranged to ship a computer to Nigeria via UPS EXPRESS. The cost of the shipment was $384.64, which was paid at the time the UPS Pick-up was made at my residence, 801-28th Avenue Phenix City, Alabama 36869 at 12:12 p.m. See UPS tracking number "4666 100 014 8" for the details of the shipment I purchased to send to "Pamela O. Ezeala of #30 Uyo Street Rumuomasi Port Harcourt Rivers State Nigeria." My package was never delivered as contracted; my package was searched and seized without probable cause; and your employees, customer service representatives and security officer Penny Stewart, treated me disrespectfully.

On November 2, 2004, I retrieved my misdirected package from the UPS terminal in Montgomery, Alabama without showing any identification or verification that it was in fact my property. I then arranged to have the package inspected and found that it had been searched without probable cause and redirected from its specified destination by UPS personnel.

I therefore intend to enter a complaint into the appropriate courts that UPS has violated my equal protection rights and have refused to do business legally according to the law in the case of my Nigerian shipment. I intend to show the courts that I have been inconvenienced and that I have been denied my Constitutional Rights on several fronts. I intent to show the courts that UPS employees deliberately discriminate to people of

color and with their responsibilities to ship to certain African Countries routinely; this case verifies all of those complaints and more.

I expect to have a response from you within thirty days because, since October 7, 2004, UPS has already had a reasonable amount of time to make good on any intent to honestly and honorably offer restitution in this matter.

Respectfully yours,

James H. Shortz

November 9, 2004
Shipper 0000330X53
Page 2 of 2





# DAMAGE/LOSS UPDATE INFORMATION

**INQUIRY FROM:**   JAMES SHORTZ
801 28TH AVE
PHENIX CITY  AL 36869-5219

| | |
|---|---|
| **SHIPMENT TO:** | PAMELA EZEALA
#30 UYO ST RUMUOMASI
PORT HA PHC21 |

| | |
|---|---|
| Shipper Number............0000330X53 | Pickup Date............10/07/04 |
| Number of Parcels........1 | Weight............15 |
| Shipper Invoice Number......PHC21 | Shipper Reference Number......PHC21 |
| Tracking Identification Number...46661000148 | |
| Merchandise............1 HP LAPTOP NOTEBOOK | |

We are unable to honor your claim because **YOUR CLAIM REQUIRES APPROVAL BY YOUR LOCAL SECURITY DEPARTMENT BEFORE PAYMENT CAN BE PROCESSED. IF YOU HAVE ANY QUESTIONS CALL 1-800PICKUPS.**

This information was reviewed with **JAMES SHORTZ** on **11/08/04.**

If you have any questions, please contact your UPS Account Executive at
**1-800-PICKUPS**. *Use your shipper number **0000330X53** with your claim number **75375115** as a reference.*

**WHEN MAILING OR FAXING CLAIM PAPERWORK ALWAYS USE THIS LETTER AS YOUR COVER SHEET.**

| | |
|---|---|
| Fax any additional information to: | **1-800-877-9508** |
| Or, mail it to: | **Claims Processing Center (BIR)**
**P.O. BOX 1265**
**Newport News VA 23601-1265** |

Your documentation will remain on file at our location for 90 days from the date of this letter.  Please contact us if you would like a copy of the original documents returned to you.

**Thank you for your patience and understanding.**

UPS Customer Service



**AABNJAX901**

NPT8AAT:000A0000

November 9, 2004
Shipper 0000330X53
Page 1 of 2

UPS Customer Service
2929 East Corona Road
Tucson AZ 85706

## DELIVERY INFORMATION SERVICE



```
#BWNCWPD
#0000A0000330X531#   69760200002209
MB 01 001283 00527 H 6 A

JAMES SHORTZ
801 28TH AVE
PHENIX CITY    AL   36869-5219
```

Enclosed is information concerning your shipment(s) with us. Thank you for allowing us to serve you.

Sincerely,

**UPS Customer Service**

*Be proactive -- send ship, exception and delivery notifications with Quantum View Notify.*℠  *Available in WorldShip International, UPS Internet Shipping and UPS CampusShip.*





## HOW TO PREPARE THE UPS WAYBILL

1. **Shipper Information**
   A. Enter your *UPS Account Number*.
   B. Enter your *Shipper's Identification No. For Customs Purposes*.
   C. Enter *Name of Sender*.
   D. Enter your *Telephone Number*.
   E. Complete all address information, including ZIP Code and country.

2. **Consignee Information**
   A. Enter the *Consignee's UPS Account No.*, if applicable.
   B. Enter the *Consignee's Identification No. For Customs Purposes* (V.A.T., Importer's No., R.F.C. No., Etc.), if known.
   C. Enter *Name of Contact Person*.
   D. Enter the *Telephone Number*. **To prevent delivery delays, must be included.**
   E. Complete all address information, including postal code and country. Incomplete addresses may incur service delays.

3. **Payment of Charges**
   Select one *Billing Option* only.
   *Prepaid* is the only billing option available when paying by credit card. Discover, MasterCard and Visa are accepted, or check. A UPS Account billing options.
   If the shipper's portion of the shipping charges is to be billed to a third party, mark an "X" in the *Bill UPS Account* box and recording the *Third Party's* (Note: The third party must be located in the United States and have a UPS account).

4. **Service Level**
   Please mark a large "X" in the selected *Service Level* box.
   *Saturday Delivery*:
   Saturday delivery is available to select Express Plus and Express customers. International Customer Service Center for destinations served and details.
   Mark an "X" in the Saturday Delivery box (located in Special Instructions). Service must also affix a UPS Saturday Delivery routing label to each UPS Letter or package directly below the Waybill or Tracking Label.

5. **Shipment Information**
   A. Enter the *No. of Packages in Shipment*.
   B. Enter the *Total Actual Weight of Shipment*.
   C. Enter the *Total Billable Weight of Shipment* (Dimensional/Oversize, if applicable).
   D. Mark a large "X" to indicate the UPS container used, if applicable. (Call 1-800-782-7892 for information regarding 10KG Box or 25KG Box.)
   E. Enter a *Description of Goods* for document and non-document shipments.
   F. Mark a large "X" to *Indicate if Shipment contains Only Documents* of no commercial value.
   G. Enter the total *Declared Value of Shipment for Insurance Only*.
   H. Enter the total *Declared Value of Shipment for Customs Only*.
   I. Enter your *Reference Number(s)*, if applicable.

6. **Country of Origin of Goods**
   Enter the country of origin (manufacture) of the goods.

7. **U.S. Shipper's Export Declaration (S.E.D.)**
   An S.E.D. is required when the value of any commodity is greater than $2,500 U.S. or when a validated export license is required.
   If applicable, complete this section.

8. **Shipper's Signature**
   Date and sign the UPS Waybill.

**Place Waybill on lead package and an address label and Worldwide Services Tracking Label on each additional package (when applicable).**

Please refer to the *SHIPPER'S COPY* of the Waybill when making an inquiry concerning delivery information.
If you need additional information or assistance filling out this form, please call your UPS International Customer Service Center at 1-800-782-7892.

Visit our Web site at: http://www.ups.com

334-669-4294

Richard E. Quincy
Security Representative

118 Citation Court
Birmingham, AL 35209
Phone: (334) 241-4615
Fax: (334) 241-4622
bhm1req@ups.com

United Parcel Service
ups®

---

PLEASE TYPE. SEE INSTRUCTIONS ON BACK.

**1 SHIPPER**

| SHIPPER'S UPS ACCOUNT NO. | SHIPPER'S IDENTIFICATION NO. FOR CUSTOMS PURPOSES (E.I.N.) |
|---|---|
| 330X53 | |

| NAME OF SENDER | TELEPHONE NO. (Very Important) |
|---|---|
| James H Shortz | (334) 467-7880 |

COMPANY NAME AND ADDRESS (Include ZIP Code)

James H Shortz
807 28th Ave
Phenix City AL
COUNTRY: USA

**2 CONSIGNEE**

| CONSIGNEE'S UPS ACCOUNT NO. | CONSIGNEE'S IDENTIFICATION NO. FOR CUSTOMS PURPOSES (V.A.T., Importers No., R.F.C. No., etc.) |
|---|---|

| NAME OF CONTACT PERSON | TELEPHONE NO. (Very Important) |
|---|---|
| Pamela Ezeala | +2348053411131 |

COMPANY NAME AND ADDRESS (Include Postal Code)

Pamela Ezeala
#30 Ujo Street Rumuomasi
Port Harcourt  Rivers State
POSTAL CODE         COUNTRY: Nigeria

**3 PAYMENT OF CHARGES**

BILLING OPTION (Select one option only)

[X] PREPAID   [ ] FREIGHT COLLECT   [ ] FOB   [ ] C&F   [ ] DELIVERED DUTY PAID, V.A.T. UNPAID   [ ] BILL DUTY, TAX AND SHIPPING CHARGES TO SHIPPER

BILL "SHIPPER'S" PORTION OF SHIPPING CHARGES AS INDICATED BELOW

Bill UPS Account  Credit Card (American Express, Diner's Club, Discover, MasterCard, Visa)  UPS Use (Check)  THIRD PARTY'S COMPANY NAME

ENTER UPS ACCOUNT NO. (THIRD PARTY) OR MAJOR CREDIT CARD NO.       THIRD PARTY COUNTRY OR EXPIRATION DATE

02876501 2/01 W

FOR INTERNATIONAL INFORMATION OR ASSISTANCE CALL 1-800-782-7892

---

**UPS WORLDWIDE SERVICES WAYBILL (non-negotiable)**

**4 SERVICE LEVEL**

| EXPRESS PLUS | 1+ |
| EXPRESS | [X] 1 |
| EXPEDITED | 2 |
| STANDARD | |

**5 SHIPMENT INFORMATION**

| NO. OF PACKAGES IN SHIPMENT | TOTAL ACTUAL WEIGHT OF SHIPMENT | TOTAL BILLABLE WEIGHT OF SHIPMENT |
|---|---|---|
| 1 | | |

[ ] LTR  [ ] PAK  [ ] 10KG BOX  [ ] 25KG BOX

DESCRIPTION OF GOODS: Hp Pavillion Notebook Computer

| DECLARED VALUE OF SHIPMENT FOR INSURANCE ONLY (US $) | DECLARED VALUE OF SHIPMENT FOR CUSTOMS ONLY (US $) |
|---|---|
| 1,100.00 | 1,100.00 |

REFERENCE NO. 1
REFERENCE NO. 2

**6 COUNTRY OF ORIGIN (MANUFACTURE) OF GOODS**

USA