**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _L. Pa____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

1. Article Addressed to:

United Parcel Service
Corporation Company
Suite 204
2000 Interstate Park Dr.
Montgoy, Al 36104

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3:05CV675-T
S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0000 5264 8964

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540