IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James H. Shortz ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05c675-T |
| ) | |
| United Postal Service ) | |
| ) | |
| Defendant ) | |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 1st day of August, 2005.

                                                /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE