**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMES H. SHORTZ,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | )  **CASE NO.: 3:05-CV-00675-MHT-SRW** |
| | ) |
| **UNITED PARCEL SERVICE,** | ) |
| | ) |
| **DEFENDANT.** | ) |
| _____ | ) |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant United Parcel Service, Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Rules of this Court, hereby states that the following are parent companies, subsidiaries and affiliates that have issued shares to the public:

United Parcel Service, Inc., a Delaware corporation, is the ultimate parent of United Parcel Service of America, Inc. and Defendant United Parcel Service, Inc., an Ohio corporation. United Parcel Service, Inc., a Delaware corporation, is the only UPS-related entity that has outstanding common stock issued in a public offering and the only owner of United Parcel Service of America, Inc. and Defendant United Parcel Service, Inc., an Ohio corporation. United Parcel Service, Inc., a Delaware corporation, and United Parcel Service of America, Inc. each have outstanding debt securities that were issued in public offerings.

No other publicly held companies own ten percent or more of Defendant United Parcel Service, Inc.'s stock.

- 2 -

Respectfully submitted, this 16th day of August, 2005.

/s/ William R. Pringle
William R. Pringle, Esq.
Alabama Bar No. PRI066
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JAMES H. SHORTZ,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS.** | ) |
| | ) CASE NO.: 3:05-CV-00675-MHT-SRW |
| **UNITED PARCEL SERVICE,** | ) |
| | ) |
| **DEFENDANT.** | ) |
| _____ | ) |

### CERTIFICATE OF SERVICE

This is to certify that on this date I have filed a true and correct copy of the within and foregoing **DEFENDANT UNITED PARCEL SERVICE, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** electronically with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record participating in the CM/ECF system for this civil action, and I have served a true and correct copy of said filing upon Plaintiff by depositing same in the United States Mail with sufficient postage thereon to ensure delivery as follows:

> James H. Shortz
> P.O. Box 3874
> Montgomery, Alabama 36109

This 16th day of August, 2005.

> /s/ William R. Pringle
> William R. Pringle, Esq.
> Alabama Bar No. PRI066