

**JAMES H. SHORTZ**
5720 B. VILLAS LANE
MONTGOMERY, AL 36116

Date 10-07-2004    61-7641/2622

Pay to the Order of U.P.S.    $384.64

Three Hundred Eighty four 64/100 Dollars

Alabama National Guard Credit Union
1789 Cong W. L. Dickinson Drive
Montgomery, AL 36109

For Shipping to Nigeria

⑆262276410⑆ ⑈0000 1280615⑈ 2322   ⑇00000 38464⑇

unt:1280615 Serial:2322 Amount:$384.64 Sequence:7316290 TranCode:0 Date:10-15-2004 CUID:262276410

0007316290 10/15/2004 021 14

1400[illegible] 10-14-04 7043 06
[illegible]
LP[illegible] BANK ONE NA  X074989962<  INDIANA
                           041012 67525568
REVENUE        07 2030905810 5478 68

Numerous contacts were made regarding this fraudulent Nigeria package. We did not get a response. It is being returned to your Department for investigation.

SDF Security



Ricky Quines
Montgomery
Security