3:05 cv 675-T

Shertz vs United Parcel Service

Jury Demand —
    filed by plaintiff —
    included in Plaintiff's
    Answer to Dft's M/Dismiss
    & M/to Amend
        Doc # 9