**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

August 31, 2005

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:Shortz     vs.   United Parcel Service**
**Case Number: 3:05cv675 T**

**Referenced Docket Entry -   Jury Demand -  No. 10**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**