3:05cv675-T

Shertz vs United Parcel Service

Jury Demand —
  filed by plaintiff —
  included in Plaintiff's
  Answer to Dft's M/Dismiss
  & M/to Amend
    Doc# 9