# UPS Worldwide Services Waybill

**SHIPPER'S UPS ACCOUNT NO.:** 33QX53

**1. NAME OF SENDER:** James H. Shortz
**TELEPHONE NO.:** (334) 467-7880
**COMPANY NAME AND ADDRESS:** James H. Shortz, 183 29th Ave, Phenix City AR
**COUNTRY:** USA

**2. NAME OF CONTACT PERSON:** Pamela Ezeala
**TELEPHONE NO.:** +234 P05341151
**COMPANY NAME AND ADDRESS:** Pamela Ezeala, #30 UD Street Rumuomas, Port Harcourt Rivers State
**COUNTRY:** Nigeria

**3. BILLING OPTION:** PREPAID ☒

**4. SERVICE LEVEL:** EXPEDITED ☒

**5. SHIPMENT INFORMATION:**
- NO. OF PACKAGES: 1
- DESCRIPTION OF GOODS: HP Pavilion Notebook Computer
- DECLARED VALUE FOR INSURANCE ONLY (US $): 1,100.00
- DECLARED VALUE FOR CUSTOMS ONLY (US $): 1,100.00

**6. COUNTRY OF ORIGIN (MANUFACTURE) OF GOODS:** USA

**7. U.S. SHIPPER'S EXPORT DECLARATION (S.E.D.)**
- COUNTRY OF ULTIMATE DESTINATION: Nigeria
- PARTIES TO TRANSACTION: NON-RELATED ☒

**8. DATE OF SHIPMENT:** 10/7/04
**RECEIVED FOR UPS BY:** [signature]
**SHIPPING CHARGES:** 382.67
**DATE:** 10/7/04
**TIME:** 12:17

**UPS Waybill / Tracking No.:** 4666 100 014 8

SHIPPER'S COPY

JAMES H. SHORTZ
5720 B. VILLAS LANE
MONTGOMERY, AL 36116

2322
61-7641/2622

Date 10-07-2004

Pay to the Order of __U.P.S.__ $384.64

Three Hundred Eighty-four 64/100 Dollars

Alabama National Guard
Credit Union
1789 Cong W. L. Dickinson Drive
Montgomery, AL 36109

For __Shipping to Nigeria__

⑆262276410⑆ ⑈000128061 5⑈ 2322    ⑈00000038464⑈

---

THIS CHECK CONTAINS SAFETY FEATURES FRONT AND BACK.  DO NOT CASH UNLESS YOU CAN SEE THE WORD "SAFE" WHEN HOLDING AT AN ANGLE.

UPS
United Parcel Service
1335 Northmeadow Parkway, Suite 119
Roswell, GA 30076-4949

Chase Manhattan Bank Delaware
1201 MARKET STREET, Wilmington, DE 19601
62-26/311    8783-09

No. 368706

PAY IN U.S. DOLLARS

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 01-JUL-05 | 368706 | *********384.64 |

PAY   Three Hundred Eighty-Four Dollars And 64 Cents********************

TO THE ORDER OF
JAMES SHORTZ-CUSTOMER
PO BOX 3874
MONTGOMERY, AL  36109
United States

VOID SIX MONTHS AFTER CHECK DATE

Dan Brutto
Authorized Signature

⑈000368706⑈ ⑆031100267⑆ 6301487835 509⑈

Numerous contacts were made regarding this fraudulent Nigeria package. We did not get a response. It is being returned to your Department for investigation.

SDF Security



Ricky Quinn
Montgomery Security