## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES H. SHORTZ,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | **CASE NO.: 3:05-CV-00675-MHT-SRW** |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| _____ | ) | |

### DEFENDANT UNITED PARCEL SERVICE, INC.'S RESPONSE TO PLAINTIFF'S ANSWER TO MAGISTRATE JUDGE'S RECOMMENDATION

Defendant United Parcel Service, Inc. ("UPS") hereby files this Response to Plaintiff's Answer to Magistrate Judge's Recommendation ("Answer"), and shows the Court as follows:

Judge Walker entered a Recommendation on September 28, 2005, that UPS's Motion to Dismiss Plaintiff's Complaint be granted. In his Answer to the Recommendation, Plaintiff merely repeats prior arguments that he made in both his Complaint and his Response to UPS's Motion to Dismiss that he filed on August 30, 2005, which arguments Judge Walker has already found to be without merit.[1] He fails to raise any new issues of fact or conclusions of law. Accordingly, this Court should disregard Plaintiff's Answer.

UPS respectfully submits that Judge Walker's Recommendation properly adheres to established law and precedent. As such, UPS requests that this Court uphold Judge Walker's Recommendation and grant UPS's Motion to Dismiss the Complaint.

---

[1] UPS also notes that Plaintiff's Answer is untimely. Judge Walker's Recommendation gave the parties until October 10, 2005, to file their objections. Plaintiff's Answer was filed on October 11.

Respectfully submitted, this 13th day of October, 2005.

/s/ William R. Pringle
William R. Pringle, Esq.
Alabama Bar No. PRI066
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

- 2 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES H. SHORTZ,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | **CASE NO.: 3:05-CV-00675-MHT-SRW** |
| **UNITED PARCEL SERVICE,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

        This is to certify that on this date I have filed a true and correct copy of the within

and foregoing **DEFENDANT UNITED PARCEL SERVICE, INC.'S RESPONSE TO**

**PLAINTIFF'S ANSWER TO MAGISTRATE JUDGE'S RECOMMENDATION**

electronically with the Clerk of Court using the CM/ECF system which will

automatically send email notification of such filing to the attorneys of record

participating in the CM/ECF system for this civil action, and I have served a true and

correct copy of said filing upon Plaintiff by depositing same in the United States Mail

with sufficient postage thereon to ensure delivery as follows:

            James H. Shortz
            P.O. Box 3874
            Montgomery, Alabama 36109

This 13th day of October, 2005.

                                    /s/ William R. Pringle
                                    William R. Pringle, Esq.
                                    Alabama Bar No. PRI066