IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES H. SHORTZ, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv675-T |
| | ) | (WO) |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Plaintiff's objections (Doc. No. 14) are overruled.

   (2) The United States Magistrate Judge's recommendation (Doc. No. 13) is adopted.

   (3) Plaintiff's motion to amend (Doc. No. 9) is granted.

   (4) Defendant's motion to dismiss (Doc. No. 5) is granted.

    (5) This lawsuit is dismissed on the merits as to the federal claims.

    (6) The state-law claims are dismissed with leave to refile in state court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of November, 2005.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE