**RECEIVED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_EASTERN_ DIVISION

2005 NOV 29  P 1: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

JAMES H. SHORTZ )
)
Plaintiff, )
)
vs. )
)
United Parcel Service )
)
)
Defendant. )

CIVIL ACTION NO. 3:05 cv 675-T

NOTICE OF APPEAL

Notice is hereby given that ___JAMES H. SHORTZ_____

above named, hereby appeals to the United States Court of Appeals for the Eleventh

Circuit from the ___Judgment___ entered in this action on the __1st__ day of

__November__, ~~19~~ 2005

_____
Signature

__November 29, 2005__
Date of Signature

__Post Office Box 3374__
__Montgomery, Al 36109__
Address