# United States Court of Appeals
For the Eleventh Circuit

No. 05-16640

District Court Docket No.
05-00675-CV-T-3

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 5, 2006

THOMAS K. KAHN
CLERK

JAMES H. SHORTZ,

    Plaintiff-Appellant,

versus

UNITED PARCEL SERVICE,

    Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Middle District of Alabama

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUN 0 5 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 5, 2006
For the Court: Thomas K. Kahn, Clerk
By: Jackson, Jarvis