# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 05, 2006

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 05-16640-EE**
Case Style: James H. Shortz v. United Parcel Service
District Court Number: 05-00675 CV-T-3

The Clerk's Office has been directed to recall the mandate. The clerk of the district court is requested to return the opinion and judgment previously issued as mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

MDT-3 (03-2004)