# United States Court of Appeals
## For the Eleventh Circuit

FILED

JUL 14 '06

U. S. D[...]
MIDDL[...]

No. 05-16640

District Court Docket No.
05-00675-CV-T-3

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 5, 2006

THOMAS K. KAHN
CLERK

JAMES H. SHORTZ,

    Plaintiff-Appellant,

versus

UNITED PARCEL SERVICE,

    Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
JUL 11 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

    Entered:  May 5, 2006
For the Court:  Thomas K. Kahn, Clerk
       By:  Jackson, Jarvis