IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ,             ) | |
| ) | |
| Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
| v.                           ) | 3:05cv675-MHT |
| ) | (WO) |
| UNITED PARCEL SERVICE,       ) | |
| ) | |
| Defendant.       ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on May 5, 2006, wherein the final judgment of this court made and entered herein on November 1, 2005 (Doc. no. 17), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on July 11, 2006, and received in the office of the clerk of this court on July 14, 2006 (Doc. no. 24), it is the ORDER, JUDGMENT, and DECREE of the court that the final

judgment of this court made and entered on November 1, 2005 (Doc. no. 17), is continued in full force effect.

DONE, this the 27th day of July, 2006.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**